IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 135ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. ______________ |
| vs. | ) | |
| | ) | In violation of 21 U.S.C. §§ |
| RAYMOND RIVERA | ) | 841(a)(1), (b)(1)(B), and 860 |

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about September 7, 2007, in the District of Rhode Island, the Defendant, RAYMOND RIVERA, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), within 1,000 feet of the real property comprising a public elementary school.

All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 860.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Sandra R. Beckner
Assistant U.S. Attorney

Mary Rogers
OCDETF Chief
Assistant U.S. Attorney

Dated: 10-24-07