IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-135ML |
| | ) | |
| RAYMOND RIVERA | ) | |

GOVERNMENT'S MOTION TO DISMISS

Pursuant to Fed. R. Cr. P. 48(a), the government moves the Court to dismiss the Indictment with prejudice. The defendant pled guilty to state charges arising from the incident underlying the charges in this case. As a result of his plea, the defendant was sentenced to 30 years imprisonment, with nine years to serve. Accordingly, the government respectfully requests that the Court dismiss the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on October 31, 2007, a copy of the within "Motion to Dismiss" was filed electronically and is available for viewing and downloading from the ECF system.

I also certify that on November 1, 2007, a copy of the within "Motion to Dismiss" was mailed to Mr. Thomas F. Connors, the defense attorney who represented the defendant in the above-referenced state proceedings.

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-135ML |
| | ) | |
| RAYMOND RIVERA | ) | |

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Rhode Island hereby dismisses the Indictment in the above-entitled matter.

ROBERT CLARK CORRENTE
United States Attorney

________________________
SANDRA R. BECKNER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BY ORDER:

__________________________
Clerk

ENTER:

____________________________
MARY M. LISI
Chief Judge
United States District Court

DATE: ______________________